UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEREDIA, | ) Case No. CV 14-6273 JC |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| JOE A. LIZARRAGA, Warden, | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: June 16, 2015

                                           /s/
                             _____
                             Honorable Jacqueline Chooljian
                             UNITED STATES MAGISTRATE JUDGE